| | |
|---|---|
| DATE     12/18/18 | CASE NUMBER   4:18CR241  MAC/CAN |
| LOCATION   Sherman | USA _____ Assigned |
| JUDGE    Christine A. Nowak | V   Matt Johnson _____ Appeared |
| DEPUTY CLERK    K. Lee | SATHISH KUMAR PURAM (1) |
| COURT REPORTER Digital Recording | NISHA BHAGWANDAS BAJAJ (2) |
| USPO: T. Routh | |
| Interpreter: Not Required | Defendant |
| BEGIN: 10:03 a.m. / 10:21 a.m. | Mick Mickelsen for 1 |
| | Attorney  "    "  standing in for Daniel Olmos for 2 |

☑ INITIAL APPEARANCE
☑ ARRAIGNMENT

☑ Defendant Sworn (1, 2)    ☐ Interpreter Required

☑ Dft appears: ☑ with  ☐ without counsel   ☐ pro se    ☐ Counsel appears on behalf of defendant

☐ Date of arrest: Self-surrender 12/18/18   (Other district court & case #) _____

☑ Dft 1, 2 ☑ advised of charges, penalties, and rights

☑ Dft first appearance with counsel ☐ CJA appointed ☑ Retained ☐ Federal Public Defender appointed
   Attorney: Mick Mickelsen for 1, Daniel Olmos for 2

☑ Dft 1, 2 advises the Court that he/she ☑ has counsel: _____ or, ☐ will hire counsel.

☐ Dft   Requests appointed counsel, is sworn & examined re: financial status.

☐ Financial affidavit executed by dft. The court finds the defendant ☐ able  ☐ unable to employ counsel.

☐ _____ appointed    ☐ U.S. Pub Defender _____ appointed

☐ If dft cannot retain counsel, the court is to be advised within _____ days so counsel may be appointed.

☐ Govt motion for detention  ☐ Govt oral motion for continuance    ☐ Oral Order granting ☐ Oral Order denying

☐ Defendant oral motion to continue detention hearing    ☐ Oral Order granting ☐ Oral Order denying

☐ Arraignment set _____

☐ Detention Hrg set _____    ☐ Temp Detention Order Pending Hearing

☑ Order setting conditions of release    ☐ Bond executed

☐ Dft signed Waiver of Detention Hearing.

☐ Dft remanded to custody of U.S. Marshal.

☐ Dft motion _____

☐ Gvt motion _____

## ARRAIGNMENT

☑ Arraignment held

☑ Dft appears with counsel

☑ Dft 1, 2 ☑ sworn
    ☑ received copy of charges    ☑ discussed charges with counsel    ☐ charges read
    ☑ waived reading of charges

☑ Dft 1 enters plea of not guilty to Counts 1 & 2 of Indictment

☑ Dft 2 enters a plea of: ☑ not guilty
to _____Count 2 of Indictment_____

☑ Pretrial Discovery and Inspection Order entered. Case set for final pretrial conference / jury selection and trial setting on :
_____MAC / ALM___ Pretrial Date: 2/11/19_____

☐ _____

☐ _____

☐ Defendant remanded to custody USM      ☑ Defendants RELEASED on conditions of release after out-processing by USM

☐ Recess _____