IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| v. | §   No. 4:18-CR-241 |
| | §   Judge Crone |
| SATHISH KUMAR PURAM (1) | § |
| | § |

## ELEMENTS OF THE OFFENSE

Defendant **Sathish Kumar Puram** is charged in Count One of the Information with a violation of 18 U.S.C. § 371 (Conspiracy to violate 18 U.S.C. §§ 1030(a)(2)(C) and (c)(2)(A)). The elements of the offense are as follows:

1. The defendant and at least one other person made an agreement to commit the crime of intentionally accessing a computer without authorization or in excess of authorized access, and thereby obtain information from any protected computer;

2. The defendant knew the unlawful purpose of the agreement and joined in it willfully, that is, with the intent to further the unlawful purpose; and

3. One of the conspirators during the existence of the conspiracy knowingly committed at least one overt act, in order to accomplish some object or purpose of the conspiracy.

Respectfully submitted,

JOSEPH D. BROWN
United States Attorney

By:   /s/ Ryan K. Dickey
     RYAN K. DICKEY
     S. RIANE HARPER
     Trial Attorneys
     Virginia Bar Number 74828
     D.C. Bar Number 230233
     U.S. Department of Justice, Criminal Division
     Computer Crime and Intellectual Property Section
     1301 New York Avenue NW, Suite 600
     Washington, DC 20530
     (202) 616-1509 office

     G.R. JACKSON
     Assistant United States Attorney
     United States Attorney's Office
     Eastern District of Texas

## CERTIFICATE OF SERVICE

I certify that a copy of this document was served by electronic mail to counsel of.

On this 20th day of May, 2019.

     /s/ Ryan K. Dickey
     Ryan K. Dickey
     Trial Attorney